FILED
15-0836
11/2/2015 10:46:28 AM
tex-7633687
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. \_\_\_\_15-0836_____

IN THE SUPREME COURT OF TEXAS

IN RE GEARBOX SOFTWARE LLC,

*Relator.*

RELATOR'S EMERGENCY MOTION FOR
STAY OF DISCOVERY DEADLINE
(DEADLINE: TUESDAY, NOVEMBER 3, 2015)

Michael E. Schonberg
State Bar No. 00784927
J. Michael Heinlen
State Bar No. 24032287
Richard B. Phillips, Jr.
State Bar No. 24032833
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700

COUNSEL FOR RELATOR
GEARBOX SOFTWARE LLC

To The Honorable Supreme Court of Texas:

1. Under Texas Rule of Appellate Procedure 52.10, Relator Gearbox Software, LLC respectfully requests that this Court stay the discovery order document production deadline set by the trial court in the underlying case, pending resolution of Gearbox's Petition for a Writ of Mandamus, which was filed on November 2, 2015.

2. In its mandamus petition, non-party Gearbox seeks mandamus review of an order entered by the trial court in the underlying case requiring Gearbox to produce all documents sought in a third-party subpoena served by Real Party in Interest Meghan Martel. The order requires non-party Gearbox to produce confidential trade secret financial documents and records. (*See* App. Tabs B, J.) The uncontroverted evidence in the trial court establishes that the documents sought by Mrs. Martel are trade secrets. (*See* Mandamus Petition at 6-8.)

3. Gearbox argues that it should not have to produce the documents because they are trade secrets and because Mrs. Martel has not carried her burden to show that the documents are necessary for a fair adjudication of her case. (*See id.* at 9-17.)

4. The trial court's order requires Gearbox to produce the documents by November 3, 2015 (seven days after the order was signed). (App. Tab J.)

5. Because of the short time between the entry of the order and the deadline for production and the imminent harm faced by Gearbox, Gearbox has not sought a stay of the deadline from the trial court.

6. Gearbox seeks a stay because if Gearbox is required to produce the disputed documents while its mandamus proceeding is pending, the status quo will be altered and this Court's ability to grant effective relief will be hampered. If the documents are produced to Mrs. Martel, Gearbox will lose the protections of the trade-secret privilege that it seeks to preserve through its mandamus petition.

7. There is currently no trial setting or scheduling order in place in the underlying action so there is no prejudice to Mrs. Martel resulting from a short stay of the production order.

8. Therefore, the trial court's order should be stayed until this Court disposes of the mandamus petition.

9. Counsel for Gearbox has discussed this motion with counsel for Mrs. Martel by phone. *See* Tex. R. App. P. 51.10(a). Counsel for Mrs. Martel indicated that Mrs. Martel is opposed to the requested stay.

10. No bond is necessary if the Court grants the requested stay. The only effect will be to stay production of documents during the pendency of this mandamus proceeding.

WHEREFORE, Relator Gearbox Software LLC respectfully requests that this Court stay enforcement of the trial court's October 27, 2015 order until this Court disposes of Gearbox's mandamus petition. Gearbox further requests general relief.

Respectfully submitted,

By: /s/Richard B. Phillips, Jr.
Michael E. Schonberg
  State Bar No. 00784927
J. Michael Heinlen
  State Bar No. 24032287
Richard B. Phillips, Jr.
  State Bar No. 2403833

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax: (214) 969-1751
michael.schonberg@tklaw.com
michael.heinlen@tklaw.com
rich.phillips@tklaw.com

**Counsel for Relator**
**Gearbox Software LLC**

## CERTIFICATE OF CONFERENCE

On November 2, 2015, I discussed this motion with Clint Westhoff, counsel for Real Party in Interest Meghan Martel. Mr. Westhoff indicated that Mrs. Martel will oppose the request for a stay.

/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.

## CERTIFICATE OF SERVICE

On November 2, 2015, this emergency motion for stay was served on counsel for the Real Parties in Interest by electronic service.

/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.